# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JANICE J. HERR,**
**Individually and as Special Administrator on**
**behalf of the Estate of Richard J. Herr, deceased,**

      Plaintiff,

    -vs-                            **Case No. 10-C-1114**

**LINDE LLC,**
**improperly sued as Linde, Inc.,**
**f/k/a the BOC Group, Inc. and/or Airco, Inc.,**

      Defendant.

## SCHEDULING ORDER

Pursuant to the scheduling conference held by telephone in the above-entitled action on February 25, 2015, the plaintiff, appearing by Attorney Robert G. McCoy, and the defendant, appearing by Attorneys John J. Laffey and Clare Marie Maisano, the Court issues the following order.

**IT IS ORDERED** that:

1. Dispositive motions must be filed on or before March 25, 2015. When a motion for summary judgment is filed electronically utilizing the Court's Electronic Case Filing system, counsel must also provide this Chambers with a paper copy of the motion, and all accompanying briefs and papers.

Dated at Milwaukee, Wisconsin this **2nd** day of March, 2015.

                                             **BY THE COURT:**

                                         _____
                                         **Hon. Rudolph T. Randa**
                                         **U.S. District Judge**