# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JANICE J. HERR, individually and as Special Administrator on behalf of the Estate of Richard J. Herr, Deceased,**

    Plaintiff,

-vs-                            Case No. 10-C-1114

**LINDE LLC, et al.,**

    Defendant.

## DECISION AND ORDER

Before the Court is the plaintiff's request for a ruling on her objection to the defendant's motion for summary judgment, or in the alternative, for leave for additional time to respond to the motion pending a ruling on the motion to strike. Plaintiff's motion/request [ECF No. 32] is **GRANTED** to the following extent: if the motion to strike is denied, plaintiff's response to the motion for summary judgment would be due twenty-one (21) days after the Court's ruling on the motion to strike. Defendant's reply would be due within the timeframe allotted under the local rules. Civil L.R. 56(b)(3) (E.D. Wis.).

Dated at Milwaukee, Wisconsin, this 24th day of April, 2015.

                                          **SO ORDERED:**

                                          **HON. RUDOLPH T. RANDA**
                                          **U.S. District Judge**